IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUNTSMAN CORPORATION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | |
| INTERNATIONAL RISK INSURANCE COMPANY, | § § § § | CIVIL ACTION NO. H-08-1542 |
| Defendant/Third-Party Plaintiff, | § § | |
| VS. | § § | |
| ACE AMERICAN INSURANCE COMPANY, *et al.*, | § § § § | |
| Third-Party Defendants. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
THIRD-PARTY DEFENDANT SWISS REINSURANCE COMPANY**

Plaintiff Huntsman Corporation ("Huntsman"), Defendant/Third-Party Plaintiff International Risk Insurance Company, and Third-Party Defendant Swiss Reinsurance Company have entered into a joint stipulation agreeing to the dismissal with prejudice of Swiss Reinsurance Company. The court, having considered the stipulation of counsel, is of the opinion that there is no just reason for delaying the entry of the Order of Dismissal with Prejudice consistent with the stipulation.

Swiss Reinsurance Company is dismissed from this action with prejudice. Each party will bear its own fees and court costs.

SIGNED on February 19, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge